FILED

2007 SEP 20 PM 12: 46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR1408-WQH |
| Plaintiff, ) | |
| v. ) | ORDER ALLOWING BILLING SERVICES TO BE PAID TO COPY CONNECTION |
| JOEL CHAVEZ-CHAVEZ, ) | |
| Defendant ) | |

Upon review of Attorney Stephen W. Peterson's Ex Parte Application for Allowing Copy Connection to bill the Court for their Services an the declaration of Attorney Stephen W. Peterson, and good cause appearing;

IT IS HEREBY ORDERED that COPY CONNECTION is allowed to bill the Court directly for services rendered in regards to defendant, Joel Chavez-Chavez in an amount up to $3,000 for reproduction costs.

Dated:  September 19, 2007

_____
WILLIAM Q. HAYES
United States District Judge